762 A.2d 1084

ASSOCIATION OF PENNSYLVANIA STATE COLLEGE
AND UNIVERSITY FACULTIES, Appellant,

v.

BOARD OF GOVERNORS OF THE STATE SYSTEM
OF HIGHER EDUCATION, Appellee.

Supreme Court of Pennsylvania.

Nov. 28, 2000.

## ORDER

PER CURIAM

AND NOW, this 28th day of November, 2000, the order of the Commonwealth Court is AFFIRMED. Additionally, Appellant's Unopposed Petition for Advancement of Argument is hereby DENIED.